IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00340–PAB–KMT

TERENCE SCOTT ROTH,

    Plaintiff,

v.

WALMART STORES, INC., an Arkansas corporation authorized to do business in the State of Colorado,

    Defendant.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion to Amend the Scheduling Order to Extend the Discovery Deadline" (Doc. No. 18, filed Oct. 11, 2013) is GRANTED.   The Discovery Deadline is extended to December 2, 2013.

Dated: October 15, 2013